UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>v.<br><br>ZERO PARALLEL, LLC,<br><br>Respondent. | Case No. CV 16-8897-DMG (JPRx)<br><br>**ORDER TO SHOW CAUSE [1]** |

1
**ORDER TO SHOW CAUSE**

The Petitioner, the Consumer Financial Protection Bureau (Bureau), having filed a Petition to Enforce Civil Investigative Demand (CID) against Respondent Zero Parallel, LLC, the Court having considered the Petition and documents filed in support thereof, and good cause having been shown, the Court being fully advised in this matter, and there being no just cause for delay:

IT IS HEREBY ORDERED that on **February 10, 2017 at 10:00 a.m.**, the Respondent shall appear before the undersigned United States District Judge, in Courtroom 8C, located at 350 W. 1st Street, Los Angeles, California, to show cause, if there be any, why an Order Compelling Compliance with CID should not be granted in accordance with the Petition filed by the Bureau.

IT IS FURTHER ORDERED that Respondent be served with a copy of this Order on or before **December 19, 2016**.

IT IS FURTHER ORDERED that Respondent file and serve any papers in opposition to the Bureau's Petition on or before **January 20, 2017**, and that the Bureau file and serve any reply papers on or before **January 27, 2017**.

DATED:  December 7, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE