# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>v.<br><br>ZERO PARALLEL, LLC,<br><br>Respondent. | Case No.: CV 16-8897-DMG (JPRx)<br><br>**ORDER OF DISMISSAL [33]** |

Having considered the parties' Joint Stipulation of Dismissal,

IT IS HEREBY ORDERED that the Consumer Financial Protection Bureau's above-captioned Petition to Enforce Civil Investigative Demand is DISMISSED.

DATED: June 21, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE